NDFL Prob 35                                          Report and Order Terminating Probation/
(1/92)                                                 Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                          Crim. No. 3:10CR68-001

JAMES LEE BAILEY, JR.

      On January 18, 2013, the above named was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that James Lee Bailey, Jr., be discharged from supervised release.

                                       Respectfully submitted,

                                       *[signature]*
                                       David G. Reed
                                       U.S. Probation Officer

### ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this **25th** day of **Sept**, 2014.

                                       *[signature]*
                                       Lacey A. Collier
                                       United States District Judge

Rec'd 0925'14 UsDcFln 3AM 1057